# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRY ANTONIO LEE**
**ADC #120960**                                                                                                   **PETITIONER**

**v.**                            **Case No. 5:18-cv-00045-KGB-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                                **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Terry Antonio Lee's petition and denies the requested relief.

It is so adjudged this 6th day of August, 2019.

                                                                                            _____
                                                                                            Kristine G. Baker
                                                                                            United States District Judge