# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**TERRY ANTONIO LEE,**                                                                                          **PETITIONER**
**ADC #120960**

v.                               Case No. 5:18-cv-00045-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                          **RESPONDENT**

## ORDER

Before the Court are petitioner Terry Antonio Lee's motion for status update and motion for evidentiary hearing (Dkt. Nos. 62; 63).  The Court grants, in part, and denies, in part, Mr. Lee's motion for status update and denies his current motion for evidentiary hearing (Dkt. Nos. 62; 63).

In his motion for status update, Mr. Lee represents that he seeks this status update because he filed a stay of proceedings for appointment of counsel, has experienced problems with legal mail, and wants to ensure that nothing has been filed (Dkt. No. 62, ¶ 1–2).  The Court hereby informs Mr. Lee that previous motions for the appointment of counsel have been denied (Dkt. Nos. 9, 19), there is no stay in effect in this matter, and the case is closed.

This Court entered a Judgment dismissing Mr. Lee's petition and denying requested relief on August 6, 2019 (Dkt. No. 34).  The Eighth Circuit Court of Appeals dismissed Mr. Lee's appeal on March 16, 2020 (Dkt. No. 49).  The Supreme Court of the United States denied Mr. Lee's writ of certiorari on April 20, 2022 (Dkt. No. 51, at 3).  This Court denied Mr. Lee's motion for relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b) (Dkt. No. 52), prior motion for evidentiary hearing (Dkt. No. 55), and two omnibus motions (Dkt. Nos. 56; 57) on March 18, 2022 (Dkt. No. 58).  The Court grants, in part, Mr. Lee's motion for status update to the extent that the

Court directs the Clerk to send to Mr. Lee a copy of the docket sheet in this matter, along with a copy of this Order, to update him as to status.

Given that this case is closed, the Court denies Mr. Lee's pending motion for evidentiary hearing (Dkt. No. 63).

It is so ordered this 6th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge